UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21438-CIV-ALTONAGA

**ARLE CALDERON**, *et al.*,

    Plaintiffs,

vs.

**FORM WORKS/BAKER JV, LLC**,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Plaintiffs' Motion to Reconsider . . . ("Motion") [ECF No. 71], filed on May 29, 2015.  In Defendant, Form Works/Baker JV, LLC's Memorandum of Law . . . ("Memorandum") [ECF No. 75], filed June 8, 2015, Defendant clarifies its position Plaintiffs' newly-filed Amended Statement of Claim (*see* [ECF No. 72]) now provides a factual basis for the Court to find it has subject matter jurisdiction.  (*See* Mem. 2).  The Court agrees.  Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiffs' counsel, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Motion **[ECF No. 71]** is **GRANTED**.

    2.    The "Confidential" Settlement Agreement **[ECF No. 65-1]** between Plaintiffs, Arle Calderon, Manny Fernandez, Adalberto Galo, Andy W. Del Toro, Luis Molina, Sergio D. Hernandez, Pedro Jose Martinez, Williams Ariello Galantino,

Case No. 13-21438-CIV-ALTONAGA

Jose De La Cruz Cardenas, and Defendant, Form Works/Baker JV, LLC, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of June, 2015.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record